UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| BENEFIT COSMETICS LLC, | Case No.: 20-cv-02552 |
| Plaintiffs, | Judge: Andrea R. Wood |
| v. | Magistrate Judge: Beth W. Jantz |
| THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Defendant Louai Saleh Taan (d/b/a Oxygen Ocean on Amazon.com) files this notice of change of address with the clerk of the court and requests that you change your records accordingly. The new address, effective immediately is:

> Suliman Al Nabulsi Street
> Amman, Jordan
> Email: online2sell4you@gmail.com

This Court and all parties are hereby instructed to make notice of this address change. Further, all orders, notices, and other correspondence from the Court and all parties should be directed to this new address.

Dated this 6th day of September 2021.

/s/
Louai Saleh Taan

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 6th day of September 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the parties.

                                          /s/
                                 Louai Saleh Taan